**ORDERED.**

**TIFFANY & BOSCO**
P.A.

Dated: April 22, 2010



2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50301

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Sue A. Case<br>      Debtor.<br>_____<br>Flagstar Bank, FSB<br><br>      Movant,<br>vs.<br><br>Sue A. Case, Debtor; Dianne C. Kerns, Trustee.<br><br>      Respondents. | No. 4:09-bk-06630-EWH<br><br>Chapter 13<br><br>ORDER APPROVING<br>STIPULATION FOR REMOVAL<br>OF BANKRUPTCY STAY |

      IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the Deed of Trust recorded April 17, 2007, at Recorders No. 2007-46249,

1

in the records of the Pinal County, Arizona Recorder's Office, wherein Sue A. Case, is designated as trustor and Flagstar Bank, FSB is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 20, of VILLAGO PARCEL 14, according to the plat of record in the Office of the County Recorder of Pinal County, Arizona, recorded in Cabinet F, Slide 29.

IT IS FURTHER ORDERED that the debtor has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____, 2010.

UNITED STATES BANKRUPTCY JUDGE